# EXHIBIT O

FD-302 (Rev. 5-8-10)

- 1 of 10 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/19/2024

### CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated investigation or proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

RAYMOND MOODY, date of birth (DOB) 05/09/1960, was interviewed at Lieber Correctional Institution, Ridgeville, SC. Present for the interview were FBI Special Agents Michael Connelly and James Cavanagh, and South Carolina Department of Corrections (SCDC) Office of Inspector General (OIG) Special Agent Josh Anderson. MOODY had expressed to SA Connelly and others an interest in speaking with the FBI about the abduction and murder of Brittanee Drexel, hereinafter referred to as "Brittanee." Knowing the identities of the the interviewing Agents and the nature of the interview, MOODY provided the following information:

[The interview was audio recorded. The following is a summary of the recording however the recording itself, which was placed into ELSUR evidence, serves as a full record of the interview. The times provided below pertain to when the statements occurred on the recording. The FD-302 was written in the same sequence in which the interview occurred.]

The first hour of the recording includes general conversation about Moody's prior experiences in prison. In the past few days, MOODY wrote a letter to his girlfriend, Angel Vause, an individual charged federally with involvement in the abduction and murder of Brittanee. MOODY requested the letter be delivered to her or her attorney. The letter explained why MOODY intended to tell the FBI the full truth about the abduction/murder of Brittanee. A copy of that letter was obtained by SA Connelly from SCDC Special Agent James "Rusty" Davis, provided to Assistant United States Attorney Winston Holliday, and is attached to this FD-302.

At 1:01: MOODY advised he was ready to discuss Brittanee's abduction and murder.

Investigation on  11/13/2024  at  Ridgeville, South Carolina, United States (In Person)

File #  7C-CO-32083                                                Date drafted  11/14/2024

by  CONNELLY MICHAEL F, CAVANAGH JAMES

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

2:24-cr-00234-RMG     Date Filed 01/17/25     Entry Number 59-15     Page 3 of 11

7C-CO-32083

Continuation of FD-302 of (U) Interview of Raymond Moody at Lieber Correctional Facility on 11/13/2024 , On 11/13/2024 , Page 2 of 10

At 1:10: MOODY reviewed an FD-395 Advice of Rights Waiver and signed the form. A copy of FD-395 is attached to this FD-302 and is enclosed as a physical 1A. MOODY identified his grandchildren as the top priority in his life, even more than Vause.

At 1:16: MOODY reviewed a letter provided by SA Connelly from Roy T. Willey, a civil attorney representing the Drexel family in a pending lawsuit against MOODY. That letter included Drexel family approval to allow a portion of MOODY's property to remain in a trust for his grandchildren in exchange for complete and truthful information about the abduction, rape, and murder of Brittanee.

At 1:18: MOODY acknowledged and accepted that the information he will provide today could influence Vause's prison sentence. In his opinion, Vause would accept his decision to be truthful because his intentions were in the best interests of their grandchildren.

At 1:29: MOODY would consider testifying in court, but would request transfer to another facility following his testimony because he is concerned how other inmates would react towards him for being a cooperating witness.

At 1:32, MOODY explained events on the night Brittanee was abducted, raped and murdered. MOODY described his and Vause's actions that night as, "we were hunting." MOODY clarified "hunting" as looking for a girl they could lure into their car willingly. The plan included abducting her, transporting her to a tent they had already set up in Georgetown, and raping her. On the night they abducted and murdered Drexel, MOODY and Vause drove up and down the boulevard (a reference to Ocean Boulevard in Myrtle Beach) multiple times hunting for a girl. They passed Brittanee at least twice, once while she was walking south on the boulevard. MOODY said, "I had my eye on her (Brittanee), and I thought, she's the one." But, they lost visual on her for a while before seeing her again walking north on the boulevard. Brittanee was on the sidewalk and MOODY was driving the Explorer. Vause exited the Explorer to talk to Brittanee to "kinda soften her up a little bit, maybe trust us." Vause succeeded and led Brittanee back to the car. They used a ruse that they were tourists from out-of-town and learned that Brittanee was also a tourist. Brittanee told them the name of her hotel and they offered to drop her off. However, as they drove north on the boulevard towards her hotel talking casually, MOODY turned off the boulevard acting like he was lost. Brittanee did not say anything at that point. MOODY drove across Kings Highway and then stopped, claiming he was

7C-CO-32083

Continuation of FD-302 of  (U) Interview of Raymond Moody at Lieber Correctional Facility on 11/13/2024 , On 11/13/2024 , Page 3 of 10

lost and needed to change drivers. This was part of the abduction plan and MOODY quickly initiated the next step. When he walked around the car to get in the back seat to restrain Brittanee, the back door was locked from the outside. MOODY instead entered the passenger side front door and before Vause put the vehicle in reverse, MOODY dove through the seats and immediately physically restrained Brittanee with his arms and hands. He told her not to panic because he kidnaps girls, demands a $5,000 ransom from the city chamber of commerce, then returns the girls. MOODY told Brittanee that the city usually paid the ransom without question because they didn't want negative media attention. MOODY recalls handcuffing at Brittanee at some point, either in the car or at the Pole Yard Boat Landing, and stayed with her in the back seat. Brittanee did not say much during her transport.

They drove straight to the Pole Yard Boat Landing in Georgetown without stopping except for traffic lights. To keep Brittanee calm, MOODY told her she would be held at a campground they already set up. Brittanee never begged or screamed for her life. Brittanee froze and didn't speak for most of her abduction. When they arrived at the Pole Yard Boat Landing, they walked into the woods to the tent, talked briefly, then Vause left to get keys to their apartment. MOODY previously lied to Agents saying the trip to retrieve the keys pertained to getting drugs from the apartment. MOODY truly believes Vause went to get keys from her son who lived at ███████████ ███████ in Georgetown city. Vause told MOODY not to have sex with Brittanee until she returned. MOODY and Vause's plan all along was to have sex with Brittanee together. Vause was gone for a long time, but MOODY didn't remember touching Brittanee sexually while Vause was gone. He does not remember what he talked about with Brittanee.

At 1:43: MOODY left in the Explorer after Vause returned. When he left, Brittanee was restrained, likely with handcuffs because, as MOODY said, "If I was out hunting or something, I always had me a kit." The kit usually contained handcuffs, keys, and Vasoline. The ice pick may have been in the kit. MOODY left the Pole Yard Boat Landing in order to get his sex toys from their apartment which he stored in a briefcase. While at the apartment, he took a shower for some reason he couldn't explain other than an obsession for washing.

Vause remained with Brittanee in the tent at the Pole Yard Boat Landing while MOODY was gone. Vause had time to let Brittanee escape, but she did not. MOODY brought the briefcase that contained his sex toys back to the Pole Yard Boat Landing to use during the rape of Brittanee. Upon his return

FD-302a (Rev. 5-8-10)

2:24-cr-00234-RMG      Date Filed 01/17/25      Entry Number 59-15      Page 5 of 11

7C-CO-32083

Continuation of FD-302 of (U) Interview of Raymond Moody at Lieber Correctional Facility on 11/13/2024 , On 11/13/2024 , Page 4 of 10

to the tent, he raped and sodomized Brittanee while Vause was present in the tent. MOODY did not recall Vause participating directly in the rape. MOODY explained that he deliberately didn't have an orgasm while raping Brittanee for a reason he described later in the interview. MOODY also couldn't orgasm because he was thinking about having to murder Brittanee after the rape. MOODY never murdered anyone previously. MOODY claimed Vause did not know he intended to kill Brittanee. MOODY had to kill Brittanee because of all he had done to her. MOODY, "doesn't give a fuck" about people he doesn't have an attachment to." He explained his lack of care for these people as just the way he is "put together."

After MOODY raped Brittanee, he took a yellow nylon rope from the briefcase with the sex toys, told Brittanee to lay face down on the ground because it would be easier to kill her that way, put the rope around her neck, then strangled her without warning. MOODY said Brittanee never said a word during the final fatal attack, which bothered him because he wondered what she was really thinking about. MOODY strangled her for a while because he didn't know how long it took to strangle someone to death. Once he was tired and she appeared to be dead, he stopped to rest. Then, MOODY choked her again with the rope to make sure she was dead. Vause was sitting in the tent at that time, but MOODY did not recall her participating directly in the murder. Vause did not say anything or attempt to stop MOODY from killing Brittanee. MOODY often wondered what was going through Vause's mind at that moment. Vause may have been scared from witnessing the rape and murder. Brittanee did not fight at all during the sexual assault, but did struggle by kicking once he began to strangle her.

After he believed Brittanee was dead, MOODY rolled her over, felt for a space between her ribs, then stabbed her in the heart with the ice pick. He felt for space because he did not want to break the ice pick on a bone while stabbing her. The ice pick was approximately six inches long with a wooden handle and a metal sleeve between the handle and the blade.

MOODY carried Brittanee over his shoulder to the edge of the river and laid her face down in the shallow portion of the water. Brittanee did not sink or drift away. MOODY went back to the tent for a flashlight, then returned to the river to ensure Brittanee was dead. After approximately ten minutes in the water, MOODY removed Brittanee, carried her across a small fence back down to the Pole Yard Boat Landing parking lot, and placed her naked body under a tree. MOODY returned to the tent, where Vause had already assembled all the items used in furtherance of the rape and murder. They carried the tent and supplies out of the woods and placed them in the

7C-CO-32083

Continuation of FD-302 of (U) Interview of Raymond Moody at Lieber Correctional Facility on 11/13/2024 , On 11/13/2024 , Page 5 of 10

Explorer. At some point that night, MOODY wrapped Brittanee in a sleeping bag or blanket.

MOODY and Vause drove north towards Georgetown, crossed the Maryville bridge, and stopped at the ███████████████. MOODY and Vause left the Explorer there and took MOODY's pickup truck back to the Pole Yard Boat Landing. Along the route, they stopped at ████████████ residence. MOODY quietly accessed the tool shed and obtained a shovel to bury Brittanee's body. Upon arrival at the Pole Yard Boat Landing, they both lifted Brittanee's body into the bed of MOODY's pickup truck. They drove to their apartment (known to Agents as the Sunset Lodge). He parked the truck at the end of the lot where there was minimal traffic. They left Brittanee's body in the back of the truck and went to sleep in the apartment for a short period. MOODY did not sleep well because he was not done yet. MOODY recalled Vause saying to him that she was "scared," which concerned MOODY that Vause may not keep the murder secret. Based on his concern about this comment, MOODY determined Vause should not know where he disposed of Brittanee's body, so he went to bury Brittanee's body by himself.

MOODY drove on ████████████ looking for an area to bury Brittanee. MOODY knew this area because ████████████████████ lived there. MOODY saw ████████████ and remembered it had a housing area under construction. MOODY went into that area, parked, and dug a hole to bury Brittanee. It was a relatively easy dig due to the loose soil and lack of roots. Brittanee was buried face down in the hole, but that was not MOODY's intention. MOODY laid Brittanee's body on a berm created by his digging, but Brittanee's body slipped and fell into the hole. MOODY never forgot the sound of Brittanee's body landing in the hole. MOODY filled in the hole and returned to the apartment. MOODY never returned to the burial location until he led the FBI there in 2022.

[At the 2:02 part of the recording, MOODY requested and was allowed a bathroom break. MOODY was provided water upon his return. MOODY returned at 2:08]

The morning after they murdered Brittanee, MOODY and Vause drove his truck to Pawley's Island to recover his motorcycle which was left there the previous night before abducting Brittanee. The motorcycle was in a gym parking lot, possibly behind a McDonalds. MOODY threw the rope he used to kill Brittanee in shrubbery located between the gym parking lot and the McDonalds drive through. They drove the motorcycle to Surfside and were

FD-302a (Rev. 5-8-10)

2:24-cr-00234-RMG    Date Filed 01/17/25    Entry Number 59-15    Page 7 of 11

7C-CO-32083

Continuation of FD-302 of (U) Interview of Raymond Moody at Lieber Correctional Facility on 11/13/2024 , On 11/13/2024 , Page 6 of 10

cited for speeding.

MOODY discarded Brittanee's effects over a period of time starting the night of her murder:

- MOODY threw Brittanee's cellphone in the North Santee River at some point during the night of the murder;
- MOODY put Brittanee's purse and wallet in the Salvation Army box in Georgetown;
- MOODY tore up the contents of Brittanee's wallet and threw them out the window of his vehicle at some random location;
- MOODY discarded Brittanee's school ID in a marsh at Morgan Park in Georgetown near the picnic tables area;
- MOODY had two ice picks that he kept for years, one of which was used to kill Brittanee. At some point he became paranoid and discarded one of the ice picks in a pond located at the property adjacent to 5498 Rose Hill Road. He walked through the fence, directly to the pond, and threw the ice pick approximately 15-30 feet into the pond. Attached to this FD-302 is a map with the approximate location of one ice pick. MOODY discarded the other ice pick near the Dunbar Street bridge as he was driving away from Rose Hill Road. Attached to this FD-302 is a map with the approximate location of the other pick. MOODY discarded both because he could not remember which one was used in the murder of Brittanee.
- MOODY discarded the tent on Brick Chimney Road in Georgetown, a dirt road that cuts across from Browns Ferry Road into a neighborhood. MOODY left the tent in the woods in that area shortly after the murder. He discarded most evidence from the night of the murder relatively soon after the incident, except for the ice pick.

SA Connelly asked MOODY about a text message he previously mentioned that pertained to he and Vause planning the kidnapping of a female. MOODY would not have spoken about that text today if he had not already mentioned it to SA Connelly. MOODY had a reputation for being a bad guy in Georgetown, which Vause liked. He compared himself to a local criminal, Jimmy Caegel, who MOODY wanted to kill. Approximately a week or so before he rented a room at the Sunset Lodge, MOODY was in the Mount Pleasant area, possibly with Ernie Merchant at a doctor's appointment, when he received a text message from Vause saying she "had always fantasized about snatching some girl." MOODY said, "that's all you needed to say to me. You know what I mean? That just triggered me." The text surprised him because he was not seriously contemplating that type of criminal activity with Vause because he usually did that alone. MOODY said it is best to never involve anybody else in that activity. MOODY said to Vause, "So you want to go

FD-302a (Rev. 5-8-10)

7C-CO-32083

Continuation of FD-302 of (U) Interview of Raymond Moody at Lieber Correctional Facility on 11/13/2024 ,On 11/13/2024 ,Page 7 of 10

hunting with me, huh?" She replied, "Yeah." It felt really awkward to MOODY because when he was in hunting mode, he had an entirely different frame of mind. Having someone with him was a distraction. When MOODY is hunting, he is not on the phone or doing anything else. He is possessed and fixated on the hunt.

When MOODY and Vause were hunting for a girl on April 25, 2009, they really were not talking much during the search. MOODY never told Vause he intended to kill Brittanee, but they both did intend to abduct a girl and take her back to the tent to rape. MOODY and Vause previously had sex together with females, and on one occasion with a transgender male named "▇▇▇▇▇" who frequented "▇▇▇▇▇," a gay bar in Myrtle Beach. MOODY described Vause as volatile and impulsive. MOODY told a story about a time at a bar when Vause physically confronted a girl who was hitting on MOODY.

MOODY described how, after the FBI interviewed Vause in 2022, she was "coming apart" from stress. MOODY was concerned she may confess their crimes, but it was "too late to kill her now." MOODY gave her a false story to tell law enforcement about Brittanee's abduction and murder in case she was ever confronted again. Specifically, MOODY told Vause to say that when she returned to the Pole Yard Boat Landing, Brittanee was already gone. MOODY told her to say she used his phone to coordinate a pick up by her friends. Over the years, MOODY asked Vause if she was still bothered by what they did to Brittanee. Vause usually said she was fine because she doesn't think about it. MOODY was upset that Vause talked about the crime with Ernie Merchant and one of her nurse friends.

At 2:38: MOODY described the spot where Vause made contact with Brittanee to lure her into the Explorer as a location where there was a gap between buildings, possibly where a new building might eventually be built. Vause made contact with Brittanee as she was walking and the purpose was to talk Brittanee into "coming with us." MOODY wasn't sure if Brittanee came right away or if it took some time. When Brittanee and Vause arrived at the car, Brittanee stuck her head in the back window and looked at MOODY in order to "size him up." Brittanee entered the car for the purpose of getting a ride to the hotel. MOODY stated that it was his and Vause's original plan to get a girl into the car to have sex with her in Georgetown.

Vause never told MOODY what she talked about with Brittanee while MOODY went to the apartment to get his sex toys for the rape.

At 2:40: MOODY described the rape of Brittanee, which occurred after he

FD-302a (Rev. 5-8-10)

7C-CO-32083

Continuation of FD-302 of (U) Interview of Raymond Moody at Lieber Correctional Facility on 11/13/2024 , On 11/13/2024 , Page 8 of 10

returned to the tent from their apartment with his sex toys. MOODY told Brittanee to take her clothes off, which she did, then he started to rape her. The rape lasted about 10-15 minutes. MOODY described the size of the tent as 1/3 the size of the small office where the interview occurred. Vause was sitting in the tent, fully clothed. Vause watched MOODY rape Brittanee, but he does not recall her participating or saying anything specific. MOODY was not paying much attention to Vause during the rape. MOODY could have ejaculated while raping Brittanee, but he chose not to because "I didn't want to give up, what I call, I don't know if I told you or not, I used to call it my 'power.'" His "power" is a feeling of being "super-human" when he is "jacked-up" on testosterone and adrenaline. But after an orgasm, he becomes a "normal person" for fifteen minutes or so. If he allowed himself to lose his intensity, MOODY felt he would deviate from his "plan." MOODY described his plan as, "All along I knew once that we had got her, I was going to have to kill her. No doubt." MOODY never articulated that to Vause. MOODY reiterated that after he was done raping Brittanee, when he took the rope out of his kit and started killing Brittanee, MOODY was "not really paying attention to Angel, she was just still sitting there...she wasn't saying a word." MOODY thought she may be scared at that point.

MOODY described stories about a male he met on Craig's List, his bisexuality, his sex and porn addiction, and his travels to South of the Border to engage in sexual activity with other random males who he met online.

SA Connelly went back to when they first arrived at the Pole Yard Boat Landing and asked MOODY why Vause left for 90 minutes while he stayed in the tent with Brittanee. MOODY called Vause multiple times to check on her while she was gone. MOODY absolutely believed Vause went to meet her son, Chris, to get the keys to the apartment. MOODY was asked about a nine minute call with Vause during the time she was absent from the Pole Yard Boat Landing. MOODY remembered becoming increasingly paranoid and believed the call was for the purpose of checking on her. MOODY discussed Vause's history of abusing pills.

MOODY said Brittanee was told, and remained under the understanding, that the abduction was just a kidnapping for ransom and that once MOODY collected the $5,000, he would let her go. Brittanee was compliant because she thought she was going to be eventually released.

MOODY selected Brittanee because she was alone and attractive. MOODY

FD-302a (Rev. 5-8-10)

7C-CO-32083

Continuation of FD-302 of (U) Interview of Raymond Moody at Lieber Correctional Facility on 11/13/2024 , On 11/13/2024 , Page 9 of 10

always selected girls that were alone.

MOODY and Vause "hunted" for a girl on April 24, 2009, the night before Brittanee was abducted. They did not abduct a girl that night because "they had some phone activity." By using their phones during the "hunt," MOODY was concerned they were leaving an electronic footprint that would cause them to be more easily identified by law enforcement had they abducted a girl that night. MOODY mentioned previously that on the night he abducted Brittanee, he deliberately stopped using his phone prior to the hunt, but was forced to use it later in the night to call Vause when she was gone from the Pole Yard Boat Landing for longer than he thought necessary. MOODY also said he was "stupid with the phone thing, I should have ditched her (Brittanee's) phone right off the bat."

MOODY does not recall his specific driving route along Ocean Boulevard the night Brittanee was abducted.

At 3:12: MOODY reiterated that, when they were on the boulevard and decided to abduct Brittanee, Vause was the one that exited the Explorer to lure Brittanee into the car. Per their plan, Vause talked to Brittanee in order to "see if we could get her to come with us." MOODY said, "She did. Mistake of her life."

MOODY was asked about Brittanee's last words before she was killed. MOODY replied that right before he killed her, Brittanee appeared to be in thought and said the word "stupid" one time. It appeared she realized how bad she "fucked up" that night and the mistake she had made.

MOODY asked how Agents knew with certainty that the Explorer on the boulevard video the night Brittanee was abducted was Vause's brother's car. Agents explained that there were several items of evidence that yielded this conclusion.

MOODY recommended Agents talk to a person named "████" who knows about Vause's personality.

When MOODY left Brittanee at the Pole Yard Boat Landing, she was sitting in the tent with Vause. MOODY, at some point, handcuffed Brittanee behind her back before leaving to get his sex toys from the apartment.

Vause's motivation to be involved in the "hunt" which resulted in Brittanee's abduction was to build her relationship with MOODY and pull him away from ████████. Vause willingly had threesomes with MOODY and

FD-302a (Rev. 5-8-10)

7C-CO-32083

Continuation of FD-302 of (U) Interview of Raymond Moody at Lieber Correctional Facility on 11/13/2024 , On 11/13/2024 , Page 10 of 10

other females. MOODY and Vause went to public places like "Airport Video" to have sex. On one occasion, MOODY was having sex with Vause in a room at a sex video store when he opened the door so others could watch. ▓▓▓▓▓▓▓ is Vause's friend who now manages a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Vause participated in threesomes because she enjoyed them, not because MOODY made her participate. For example, ▓▓▓▓ and her boyfriend had a threesome with Vause on one occasion at Brown's Ferry Landing and did not invite MOODY.

MOODY emphasized that he is telling the truth not to be spiteful to Vause, but because he wants to take care of his grandchildren.